No. 93–6977. SCHLEEPER *v.* DELO, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–6985. KEITH *v.* MARKLEY. C. A. 11th Cir. Certiorari denied.

No. 93–6989. SMITH *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 93–6992. CORETHERS *v.* CAPOTS ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6994. BANUELOS *v.* IDAHO. Ct. App. Idaho. Certiorari denied.

No. 93–7029. RUSSELL *v.* EHRNFELT. Sup. Ct. Ohio. Certiorari denied.

No. 93–7040. BUSCH *v.* JEFFES ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7065. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7086. KENT *v.* POYTHRESS ET AL. Ct. App. Ga. Certiorari denied.

No. 93–7090. PICKENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7105. LAPSLEY *v.* UNEMPLOYMENT INSURANCE REVIEW BOARD OF THE INDIANA DEPARTMENT OF EMPLOYMENT AND TRAINING SERVICES ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–7107. NELSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7112. CONROD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7113. FINCH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.